//

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 21 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. B-00-034 |
| § | (Claim No. B-00-034) |
| ARMANDO PULIDO, § | |
| Defendant § | |

## ORDER OF DISMISSAL

ON THIS DAY, came on to be heard Plaintiff's, USA's, First Amended Motion to Dismiss claim against Armando Pulido without Prejudice to USA's right to refile same, and after due consideration, the Court notes that Plaintiff's attorney announced that Pulido has entered into a payment agreement, and therefore the Motion should be GRANTED.

It is therefore, ORDERED, that this case be dismissed without prejudice, with all costs of Court and fees assessed against the party incurring same.

SIGNED _November 20_, 2000, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

//